JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1379

MAR 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1379

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITERARY WORKS IN ELECTRONIC DATABASES COPYRIGHT LITIGATION

*Edward Roeder v. Tribune Co., Inc., et al.,* D. District of Columbia, C.A. No. 1:04-1818

CONDITIONAL TRANSFER ORDER (CTO-2)

On December 6, 2000, the Panel transferred one civil action to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable George B. Daniels.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Daniels.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 6, 2000, and, with the consent of that court, assigned to the Honorable George B. Daniels.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PLEADING NO. 37

**OFFICIAL FILE COPY**

IMAGED MAR 2 2 2005